516 A.2d 1383

**JOHNS–MANVILLE CORPORATION, et al., Petitioners,**

**v.**

**Edith SYMBULA, Administratrix, et al.**

Supreme Court of Pennsylvania.

Oct. 31, 1986.

Petition for Allowance of Appeal GRANTED, No. 138 E.D. Appeal Docket 1985.